IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SARA A. FETTER DYNASTY QSST TRUST U/A OCTOBER 31, 2018, by and through its Trustee, Sara A. Fetter, and SARA A. FETTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AUTOMOTIVE, INC., (now known as Fetter Funds, Inc.), and MATTHEW D. FETTER,<br><br>Defendants. | No. 4:23-cv-00019-SEB-KMB |

## MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendants Fidelity Automotive, Inc., (now Fetter Funds, Inc.) and Matthew D. Fetter, through their attorneys, respectfully move to transfer this case to the United States District Court for the Northern District of Florida, Pensacola Division. A Memorandum of Law in Support of Defendants' Motion is attached to this Motion.

Dated March 31, 2023.

Respectfully submitted,


Gregory A. Neibarger (22095-49)
Michael S. Dorelli (20862-49)
Peter T. Snow (37240-89)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 496204
Telephone: 317-635-8900
Facsimile: 317-236-9907
Gregory.neibarger@dentons.com
Michael.dorelli@dentons.com
peter.snow@dentons.com

*Attorney for Defendants Fidelity Automotive, Inc. (now Fetter Funds, Inc.) and Matthew D. Fetter*