IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 2/13/2025
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| SARA A. FETTER DYNASTY QSST TRUST U/A OCTOBER 31, 2018, by and through its Trustee, Sara A. Fetter, and SARA A. FETTER, | )<br>)<br>)<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | )<br>) |
| v. | )<br>) |
| FIDELITY AUTOMOTIVE, INC., (now known as Fetter Funds, Inc.), and MATTHEW D. FETTER, | )<br>)<br>)<br>) |
| Defendants/Counterclaim Plaintiffs, | )<br>) |
| and | )<br>) |
| MATTHEW D. FETTER, as Trustee of MATTHEW D. FETTER DYNASTY QSST TRUST U/A OCTOBER 31, 2018, | )<br>)<br>)<br>) |
| Intervenor-Defendant. | ) |

Case No. 4:23-cv-00019-SEB-KMB

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS
AND COUNTERCLAIMS WITH PREJUDICE**

Plaintiffs/Counterclaim Defendants, and Defendants/Counterclaim Plaintiffs and Intervenor-Defendant, by their respective counsel, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that all claims in this action are hereby DISMISSED with prejudice, with each party to bear its own costs.

Dated:  February 5, 2025                                  Respectfully submitted,

*/s/ Paul D. Vink*                                               */s/ Meaghan K. Haller (with permission)*
Paul D. Vink  (23785-32)                                  Gregory A. Neibarger (22095-49)
Seema R. Shah (26583-49)                               Michael A. Dorelli (20862-49)
Dakota C. Slaughter (37582-29)                       Meaghan K. Haller (29323-53)
BOSE MCKINNEY & EVANS LLP                  Jessica Lauren Meek (34677-53)
111 Monument Circle, Suite 2700                    DENTONS BINGHAM GREENEBAUM LLP
Indianapolis, IN 46204                                     2700 Market Tower
(317) 684-5000                                                 10 West Market Street

4931347